## Anderson v. The State.

*Murder.*

(Decided May 12, 1914.   65 South. 262.)

*Jury; Venire; Motion to Quash; Evidence.*—In the absence of a bill of exceptions this court cannot review the trial court's action in overruling the motion to quash the venire, as the matter not properly presented.

[Price v. The State.]

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

Henry Anderson was convicted of murder and he appeals. Affirmed.

GIBSON & DAVIS, for appellant. No brief reached the Reporter.

R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State. The record contains no bill of exceptions, and the motion to quash the venire is not reviewable.—*McCain Bros. v. Street*, 136 Ala. 25.

WALKER, P. J.—As the record in this case contains no bill of exceptions, the ruling made by the court on the defendant's motion to quash the venire is not presented for review.—*McCain Bros. v. Street*, 136 Ala. 625, 33 South. 872. The record proper shows a compliance with the requirements of law applicable to the case of a person indicted for a capital felony, and there is no error in it.

Affirmed.